**Wilfred B. HARRIS, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

No. 2007–3230.

United States Court of Appeals, Federal Circuit.

Jan. 17, 2008.

### ORDER

The petitioner having submitted the required appendix,

IT IS ORDERED THAT:

The court's January 4, 2008, order of dismissal is vacated, the mandate is recalled, and the petition for review is reinstated.

**Keith M. NELSON, Claimant–Appellant,**

v.

**James B. PEAKE, M.D., Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2008–7027.

United States Court of Appeals, Federal Circuit.

Jan. 18, 2008.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).